CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 17 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

KEVIN DILLARD,

Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of the Social Security Administration,

Defendant.

Case No. 4:17-cv-00068

**ORDER**

By: Hon. Jackson L. Kiser
Senior United States District Judge

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant the Commissioner's Motion for Summary Judgment. The R&R was filed on December 26, 2018, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 21] shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment [ECF No. 17] is **GRANTED** and the final decision of the Commissioner is **AFFIRMED.** The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

**ENTERED** this 17th day of January, 2019.

[signature]
SENIOR UNITED STATES DISTRICT JUDGE